**No. 24-2180**

_____

**IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT**

———————————————

UNITED STATES OF AMERICA *ex rel.* ADVENTIST HEALTH SYSTEM/WEST,

*Plaintiff-Appellant,*

*v.*

ABBVIE INC., *et al.*;

*Defendants-Appellees.*

———————————————

On Appeal from the United States District Court
for the Central District of California

No. 2:21-cv-04249-DSF-SK
Hon. Dale S. Fischer

————————————————

**BRIEF OF RYAN WHITE CLINICS FOR 340B ACCESS AS
AMICUS CURIAE IN SUPPORT OF APPELLANTS**

————————————————

Ian J. Barlow (State Bar No. 262213)
KERSHAW TALLEY BARLOW PC
401 Watt Ave., Ste. 1
Sacramento, CA 95864
Tel: 916-779-7000
Fax: 916-244-4829
Email: ian@ktblegal.com

*Attorneys for Amicus Curiae
Ryan White Clinics for 340B Access*

i

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and Ninth Circuit Rule 26.1, amicus curiae Ryan White Clinics for 340B Access makes the following disclosure: Amicus is a not-for-profit organization and does not issue stock. Therefore, no parent companies or publicly held corporations own 10% or more of the stock of the Amicus.

## RULE 29 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 29(a)(4)(E)(i), Ryan White Clinics for 340B Access ("RWC-340B") states that no party or party's counsel contributed money that was intended to fund or prepare the brief, and no person—other than RWC-340B—contributed money that was intended to fund preparing or submitting the brief. RWC-340B discloses that Powers Pyles Sutter & Verville, PC, one of the firms representing the Appellant, contributed to authoring this amicus brief. All parties have consented to the filing of this brief.

## <u>TABLE OF CONTENTS</u>

CORPORATE DISCLOSURE STATEMENT ........................................................ ii

RULE 29 DISCLOSURE STATEMENT .................................................................. ii

TABLE OF CONTENTS .................................................................................... iii

TABLE OF AUTHORITIES ...............................................................................iv

INTEREST OF *AMICUS CURIAE* ..................................................................1

INTRODUCTION ...........................................................................................2

ARGUMENT ..................................................................................................2

I.     Impact of the AIDS Epidemic in the U.S. ..................................................3

II.    The Vital Role of the Ryan White HIV/AIDS Program ..........................4

        A. Viral Suppression ......................................................................6

        B. Retention in HIV Care.................................................................7

        C. Non-Clinical Outcomes...............................................................8

III.   340B Program Fills RWHAP Funding Gaps ...........................................10

IV.   Plaintiff-Relator's Overcharge Claims Must Be Heard in the Interest of Fighting the HIV Epidemic ....................................................................13

CONCLUSION ............................................................................................15

CERTIFICATE OF COMPLIANCE .......................................................................17

CERTIFICATE OF SERVICE ..............................................................................18

## <u>TABLE OF AUTHORITIES</u>

### <u>Statutes and Legislation</u>

S.2240 Ryan White Comprehensive AIDS Resources Emergency Act of 1990, 101st Congress (1989-1990)...........................................................................4

H.R. Rep. No. 102-384(II), at 12 (1992) ...................................................1

### <u>Rules</u>

Federal Rule of Appellate Procedure 26.1 ............................................... ii

Federal Rule of Appellate Procedure 29 .................................................. ii

Ninth Circuit Rule 26.1 ............................................................................ ii

### <u>Other Authorities</u>

340B Coalition,
    *About 240B,* https://340bcoalition.org/about/ (last visited Aug. 19, 2020) .11

Abara, W., & Heiman, H.,
    *The Affordable Care Act and Low-Income People Living with HIV: Looking Forward in 2014 and Beyond*, 25(6) J. Assoc. of Nurses AIDS Care, 476-482 (2014),* https://doi.org/10.1016/j.jana.2014.05.002...............................10

Braveman, P., Cubbin, C., Egerter, S., Williams, D. & Pamuk, E.,
    *Socioeconomic Disparities in Health in the United States: What the Patterns Tell Us*, 100 Am. J. Public Health S186–S196 (2010), https://doi.org/10.2105/AJPH.2009.166082.....................................................5

Centers for Disease Control and Prevention,
    *HIV Cost-effectiveness* (May 2012), https://www.cdc.gov/hiv/programresources/guidance/costeffectiveness/index.html (last visited Aug. 19, 2020) ..............................................................13

iv

Centers for Disease Control and Prevention,
    *Ending the HIV Epidemic*, https://www.cdc.gov/vitalsigns/end-hiv/index.html
    (last visited July 26, 2024)................................................................4

Dillingham, R. *et al.*,
    *PositiveLinks: A Mobile Health Intervention for Retention in HIV Care and
    Clinical Outcomes with 12-Month Follow-Up*, 32(6) AIDS PATIENT CARE
    STDs 241–250 (2018),https://doi.org/10.1089/apc.2017.0303......................8

Doshi, R. *et al.*,
    *High Rates of Retention and Viral Suppression in the US HIV Safety Net
    System: HIV Care Continuum in the Ryan White HIV/AIDS Program*, *2011*,
    60(1) CLIN. INFECT. DIS. 117-125 (2015) https://doi.org/10.1093/cid/ciu722.
    .......................................................................................8

Doshi, R. *et al.*,
    *For Many Served by the Ryan White HIV/AIDS Program, Disparities in Viral
    Suppression Decreased, 2010-14*, 36(1) HEALTH AFF.166-123 (2017),
    https://www.healthaffairs.org/doi/10.1377/hlthaff.2016.0655........................9

Griffin, A.*et al.*, *Addressing disparities in the health of persons with HIV
    attributable to unstable housing in the United States: The role of the Ryan
    White HIV/AIDS Program*, 17(3) PLOS MED. e1003057(2020),
    https://doi.org/10.1371/journal.pmed.1003057. ................................9

Harris, N. *et al.*,
    *Vital Signs: Status of Human Immunodeficiency Virus Testing, Viral
    Suppression, and HIV Preexposure Prophylaxis - United States, 2013–2018*,
    68(48) MORBIDITY & MORTALITY WKLY. REP. 1117-1123 (2019),
    http://dx.doi.org/10.15585/mmwr.mm6848e1 ................................6

Health Resources & Services Administration,
    *Ryan White HIV/AIDS Program Annual Client-Level Data Report 2018* (Dec.
    2019), https://hab.hrsa.gov/sites/default/files/hab/data/datareports/RWHAP-
    annual-client-level-data-report-2018.pdf................................5,6,10

Health Resources & Services Administration,
    *About the Program – Who Was Ryan White?*, https://hab.hrsa.gov/about-
    ryan-white-hivaids-program/about-ryan-white-hivaids-program (last visited
    Aug. 19, 2020) ................................................................5

Health Resources & Services Administration,
    *Ryan White HIV/AIDS Program Annual Client-Level Data Report 2021*
    (2021),https://ryanwhite.hrsa.gov/sites/default/files/ryanwhite/data/rwhap-
    annual-client-level-data-report-2021.pdf ......................................................14

Health Resources & Services Administration, *Clients Served by the Ryan White
    HIV/AIDS Program 2021 – HIV Care Outcomes: Viral Suppression* (Feb.
    2023),https://ryanwhite.hrsa.gov/sites/default/files/ryanwhite/data/hiv-care-
    outcomes-viral-suppression-2021.pdf ...........................................................14

HIV.gov, *HIV Basics: Overview: Data & Trends: U.S. Statistics*,
    https://www.hiv.gov/hiv-basics/overview/data-and-trends/statistics (last
    visited Aug. 19, 2020). ..................................................................................3

Klein, P.*et al.*,
    *A mathematical model to estimate the state-specific impact of the Health
    Resources and Services Administration's Ryan White HIV/AIDS Program*,
    15(6) PLoS ONE e0234652 (2020),
    https://doi.org/10.1371/journal.pone.0234652. ..............................................12

Mandsager, P. *et al.*,
    *Reducing HIV-Related Health Disparities in the Health Resources and
    Services Administration's Ryan White HIV/AIDS Program*, 108(S4) Am. J.
    Public Health S246-S250 (2018),
    https://doi.org/10.2105/AJPH.2018.304689...................................................7

Matthews, T. *et al.*
    *Understanding and Monitoring Funding Streams in Ryan White clinics:
    Survey Results*,https://ryanwhite.hrsa.gov/sites/default/files/ryanwhite/grants/funding-
    streams-presentation.pdf. (last visited Aug. 12, 2020). ...................................11

Pellowski, J. *et al.*,
    *A pandemic of the poor: social disadvantage and the U.S. HIV epidemic*,
    68(4) Am. Psychol.197-209 (2013),https://doi.org/10.1037/a0032694. .....4

Richwood, T., Bishu, K. & Egede, L.,
    *Trends in healthcare expenditure among people living with HIV/AIDS in the
    United States: Evidence from 10 Years of nationally representative data*,
    16(1) Int'l J. Equity Health188 (2017),https://doi.org/10.1186/s12939-
    017-0683-y.....................................................................................................3

vi

RWC-340B,

    *Value of Ryan White Providers and Impacts Associated with Resource Reduction* (Oct. 2020) (on file with RWC-340B) ...........................................3

Sood, *et al*.,

    *HIV Care Providers Emphasize the Importance of the Ryan White Program for Access to and Quality of Care*, 33(3) HEALTH AFF. 394-400 (2014), https://doi.org/10.1377/hlthaff.2013.1297....................................................12

Weiser J.*et al.*,

    *Service Delivery and Patient Outcomes in Ryan White HIV/AIDS Program-Funded and -Nonfunded Health Care Facilities in the United States*, 175(10) JAMA INTERN. MED.,;1650-1659 (2015), https://jamanetwork.com/journals/jamainternalmedicine/fullarticle/2430794 ....................................................................................................................9

## INTEREST OF *AMICUS CURIAE*

Ryan White Clinics for 340B Access (RWC-340B) (Amicus) is a national association of HIV/AIDS health care clinics and service providers receiving support under the Ryan White Comprehensive AIDS Resources Emergency (CARE) Act. Ryan White clinics (RWCs) are dedicated to caring for low-income and vulnerable patients living with HIV/AIDS and are serving on the frontlines of the AIDS epidemic, supporting high risk clients and communities. RWC-340B members provide primary care, case management, and other support services for persons living with HIV/AIDS. For many of these services, RWCs receive no insurance payments and, for that reason, are highly dependent on the 340B program to underwrite the cost of providing comprehensive care to their patients. Consistent with the purpose of the 340B program, RWCs use 340B savings and revenue to allow them to "stretch scarce federal resources as far as possible, reaching more eligible patients and providing more comprehensive services."[1] The 340B program has a 30-year record of successfully expanding services and increasing access to low-cost drugs for low income and other vulnerable patients served by 340B covered entities. Many RWCs depend on 340B savings and revenue to keep their doors open.

The Court's decision in these appeals will significantly impact the 340B Program's intended beneficiaries, including Amicus' safety-net provider members

---

[1] H.R. Rep. No. 102-384(II), at 12 (1992).

and their patients. Amicus submits this brief to provide the Court with the perspective of those beneficiaries. The future of the 340B Program will affect Amicus' members' continued ability to provide critical services and discounted drugs to vulnerable patients.

## INTRODUCTION

RWC-340B submits this amicus in connection with the False Claims Act case that was filed by the health care system Adventist West (Plaintiff-Relator). Specifically, RWC-340B writes to support Plaintiff-Relator's appeal to this Court regarding the Order Granting Motion to Dismiss entered by the District Court for the Central District of California on March 18, 2024 (ECF No. 151). Plaintiff-Relator, like each member of RWC-340B, qualifies for and participates in the federal 340B drug pricing program (340B program). Plaintiff-Relator has made serious and credible allegations of 340B program overcharges by the defendant manufacturers that have far reaching implications for both Ryan White clinics (RWCs) and persons living with HIV/AIDS (PLWHA). We urge this Court to reverse the district court's dismissal.

## ARGUMENT

Members of RWC-340B have long known the importance of the 340B program in supporting the delivery of care to the PLWHA population within the US. In 2020, RWC-340B engaged a research and policy firm to analyze and document

2

the vital role of the 340B program in fighting the AIDS epidemic. That engagement culminated with the publication of a report in October 2020. RWC-340B's amicus brief is based largely on that report.[2]

## I.   Impact of the AIDS Epidemic in the U.S.

An estimated 1.2 million people are living with HIV/AIDS in the United States. Roughly 1 out of 7 of those infected are unaware of their infection and could be unknowingly transmitting the virus. Each year, tens of thousands of new HIV infections are diagnosed. Non-white populations are disproportionately affected, with the highest rate of infections in Black/African Americans (45.4 per 100,000) and Hispanic/Latinos (22.4 per 100,000).[3] The projected total annual healthcare cost for PLWHA is estimated to be about $30,000 per person, with projected total healthcare expenditures for PLWHA in the US over a 10-year period approximately $10.7 billion higher than for those without the disease, after controlling for socio-demographic factors and comorbidities.[4]

HIV/AIDS incidence and prevalence falls disproportionately on populations

---

[2]   RWC-340B, *Value of Ryan White Providers and Impacts Associated with Resource Reduction* (Oct. 2020) (on file with RWC-340B).

[3]   HIV.gov, *HIV Basics: Overview: Data & Trends: U.S. Statistics*, https://www.hiv.gov/hiv-basics/overview/data-and-trends/statistics (last visited Aug. 19, 2020).

[4]   Richwood, T., Bishu, K. & Egede, L., *Trends in healthcare expenditure among people living with HIV/AIDS in the United States: Evidence from 10 Years of nationally representative data*, 16(1) INT'L J. EQUITY HEALTH 188 (2017), https://doi.org/10.1186/s12939-017-0683-y.

with lower socioeconomic status, including those with lower income and less education. Living in disenfranchised communities often limits access to prescription drugs, reduces frequency of medical care, fragments patient engagement with HIV clinical and non-clinical care, and leads to worse health outcomes. PLWHA are likely to have comorbid psychological and physical health conditions. Lack of access to and retention in care can make it less likely a PLWHA will have access to or be adherent to antiretroviral treatment (ART) to suppress the virus. Individuals who are not virally suppressed are more likely to transmit the infection.[5] Over 80% of new HIV transmissions in the U.S. are by people unaware of their diagnosis or were diagnosed and not in care. Continuous patient engagement in HIV medical care is associated with better health outcomes and preventing HIV transmission.[6]

## II. The Vital Role of the Ryan White HIV/AIDS Program

In 1990, Congress passed the Ryan White CARE Act to provide grants to state and local governments to provide testing and treatment for HIV/AIDS.[7] The legislation has been reauthorized and expanded to become the Ryan White HIV/AIDS Program (RWHAP) and now provides grants through the federal Health

---

[5] Pellowski, J. *et al.*, *A pandemic of the poor: social disadvantage and the U.S. HIV epidemic*, 68(4) AM. PSYCHOL.197-209 (2013),https://doi.org/10.1037/a0032694.

[6] Centers for Disease Control and Prevention, *Ending the HIV Epidemic*, https://www.cdc.gov/vitalsigns/end-hiv/index.html (last visited July 26, 2024).

[7] S.2240 Ryan White Comprehensive AIDS Resources Emergency Act of 1990, 101st Congress (1989-1990).

Resources and Services Administration (HRSA) to government and community-based organizations to provide HIV primary medical care, medications, and support services for underserved and uninsured PLWHA. RWHAP serves over half a million clients each year through over 2,000 RWHAP grant recipients.[8] The program is organized in five parts–Parts A through E–with each Part receiving funding through congressional appropriations.

RWHAP serves over 500,000 clients annually, about half of all individuals diagnosed with HIV/AIDS in the U.S. In 2018, approximately 61.3% of all RWHAP clients were living at or below 100% of the federal poverty level (FPL). Female (70.5%) and transgender (75.6%) patients were more likely than male clients to be below the FPL, although the majority of male clients (57.6%) were also living in poverty.[9] Poverty is typically associated with food insecurity and people living in poverty tend to be in worse health than people with even slightly higher incomes.[10]

The RWHAP has evolved and expanded since its inception, both in program

---

[8] Health Resources & Services Administration, *About the Program – Who Was Ryan White?*, https://hab.hrsa.gov/about-ryan-white-hivaids-program/about-ryan-white-hivaids-program (last visited Aug. 19, 2020).

[9] Health Resources & Services Administration, *Ryan White HIV/AIDS Program Annual Client-Level Data Report 2018* (Dec. 2019), https://hab.hrsa.gov/sites/default/files/hab/data/datareports/RWHAP-annual-client-level-data-report-2018.pdf.

[10] Braveman, P., Cubbin, C., Egerter, S., Williams, D. & Pamuk, E., *Socioeconomic Disparities in Health in the United States: What the Patterns Tell Us*, 100 AM. J. PUBLIC HEALTH S186–S196 (2010), https://doi.org/10.2105/AJPH.2009.166082.

scope and types of services offered, and has shown improvements, as detailed below, in clinical (viral suppression and retention in HIV care) and non-clinical outcomes.

### A. Viral Suppression

RWHAP patients are more likely to achieve viral suppression than PLWHA who seek treatment elsewhere. Achieving viral load suppression, or an "undetectable" level of HIV in a person's blood, requires adherence to antiretroviral drugs. Viral suppression reduces the risk of sexually transmitting HIV to HIV-negative individuals. The RWHAP Service Report shows the percentage of clients who were viral suppressed improved from 69.5% in 2010 to 87.1% in 2018,[11] while the Centers for Disease Control and Prevention (CDC) statistics estimate only 62.7% of all PLWHA were virally suppressed in 2017.[12]

RWCs have also shown a reduction in disparities in viral suppression rates between demographic groups. A study of HRSA RWHAP clinic data comparing 2010 to 2014 found that disparities in viral suppression rates improved between PLWHA ages 13-24 compared with patients older than age 45, and Black/African Americans compared with Whites. Disparities persisted for transgender patients

---

[11] Health Resources & Services Administration, *Ryan White HIV/AIDS Program Annual Client-Level Data Report 2018* (Dec. 2019), https://hab.hrsa.gov/sites/default/files/hab/data/datareports/RWHAP-annual-client-level-data-report-2018.pdf.

[12] Harris, N. *et al.*, *Vital Signs: Status of Human Immunodeficiency Virus Testing, Viral Suppression, and HIV Preexposure Prophylaxis - United States, 2013–2018*, 68(48) MORBIDITY & MORTALITY WKLY. REP. 1117-1123 (2019), http://dx.doi.org/10.15585/mmwr.mm6848e1

compared with cisgender males or females, but all gender identities experienced an increase in viral suppression rates.[13]

**Percent of RWHAP Clients Virally Suppressed, 2010 and 2018, Compared to National Average of Viral Suppression in 2017**



*Note: 2018 RWHAP client-level data showed 87.1% of RWHAP clients are virally suppressed compared with 62.7% of all PLWHA in 2017, and over 80% of RWHAP clients are retained in care.

### B. Retention in HIV Care

Client-level data from 2011 shows that 82.2% of patients receiving care from RWHAP-funded HIV medical facilities were retained in care. Retention in care typically refers to a patient's regular engagement with medical care at a healthcare

---

[13] Mandsager, P. *et al.*, *Reducing HIV-Related Health Disparities in the Health Resources and Services Administration's Ryan White HIV/AIDS Program*, 108(S4) AM. J. PUBLIC HEALTH S246-S250 (2018), https://doi.org/10.2105/AJPH.2018.304689.

facility after initial entry into the system.[14]

In 2017, one RWC piloted a mobile health intervention for retention in HIV care and clinical outcomes called PositiveLinks, which assessed impact on retention in care and viral suppression.  The intervention used a mobile application that connected users with clinical staff, education resources, stress tests, medication adherence and appointment reminders, and a support group.  The results of the piloted intervention showed participants' retention in care rose from 51% to 88% in as little as 6 months and stayed above 80% over a 12-month period.[15]

### C.    Non-Clinical Outcomes

In a study of the Medical Monitoring Project at the CDC, researchers found about one-third of outpatient HIV care facilities received RWHAP funding and, compared with non-RWHAP-funded clinics, were more likely to provide care coordination and management services.  RWHAP clients are more likely to have less than a high school education, live in poverty, and be homeless.  About 1 in 3 clients received food assistance, and almost 1 in 5 received housing assistance.  RWCs were also more likely to provide mental health and substance abuse treatment on site.  The authors concluded these services are more likely to result in improved health

---

[14]    Doshi, R. *et al.*, *High Rates of Retention and Viral Suppression in the US HIV Safety Net System: HIV Care Continuum in the Ryan White HIV/AIDS Program, 2011*, 60(1) CLIN. INFECT. DIS. 117-125 (2015) https://doi.org/10.1093/cid/ciu722.

[15]    Dillingham, R. *et al.*, *PositiveLinks: A Mobile Health Intervention for Retention in HIV Care and Clinical Outcomes with 12-Month Follow-Up*, 32(6) AIDS PATIENT CARE STDs 241–250 (2018), https://doi.org/10.1089/apc.2017.0303.

outcomes for clients of RWCs than non-RWC clinics.[16]

HRSA has identified PLWHA with unstable or temporary housing as an especially vulnerable group, with disparity in viral suppression more than 5 percentage points below other RWHAP clients. HRSA has conducted a Special Project of National Significance initiative to increase engagement in care for unstably housed PLWHA using a patient-centered medical home model that includes access to treatment for mental health and/or substance use disorders along with HIV treatment. While the disparity in viral suppression persists between stably housed and unstably/temporary housed PLWHA, overall viral suppression in these groups of clients has increased year over year.[17] HRSA has partnered with the U.S. Department of Housing and Urban Development (HUD) to provide policy information to RWHAP grantees on appropriate use of grant funds for housing assistance and programs available through HUD.[18]

/ / /

---

[16] Weiser J.*et al.*, *Service Delivery and Patient Outcomes in Ryan White HIV/AIDS Program-Funded and -Nonfunded Health Care Facilities in the United States*, 175(10) JAMA INTERN. MED.;1650-1659 (2015), https://jamanetwork.com/journals/jamainternalmedicine/fullarticle/2430794

[17] Doshi, R. *et al.*, *For Many Served by the Ryan White HIV/AIDS Program, Disparities in Viral Suppression Decreased, 2010-14*, 36(1) HEALTH AFF.166-123 (2017), https://www.healthaffairs.org/doi/10.1377/hlthaff.2016.0655.

[18] Griffin, A.*et al*., *Addressing disparities in the health of persons with HIV attributable to unstable housing in the United States: The role of the Ryan White HIV/AIDS Program*, 17(3) PLOS MED. e1003057(2020), https://doi.org/10.1371/journal.pmed.1003057.

### III. 340B Program Fills RWHAP Funding Gaps

RWCs receive grants under Parts C and D from HRSA to serve uninsured and underinsured patients, but these funds are to be used only when no insurance or other coverage is available. Congressional appropriations have remained relatively flat since fiscal year 2011. Additional sources of funding include third-party payments for insured patients, savings from the 340B program and donations. The implementation of the Affordable Care Act (ACA) in 2010 opened up new coverage avenues for many low-income patients, including the state option to expand Medicaid to all adults with income up to 138% of the federal poverty level and the creation of the health insurance marketplace (exchanges) with subsidies for people with incomes too high to qualify for Medicaid. These coverage opportunities were intended to improve access to health coverage for patients who had previously been unable to access quality care.[19] By 2018, 79.9% of RWC patients had healthcare coverage, including Medicare (10.3%), Medicaid (31.5%), or employer coverage (10.2%).[20]

As noted earlier, all RWHAP income must be used to provide medical and

---

[19]   Abara, W., & Heiman, H., *The Affordable Care Act and Low-Income People Living with HIV: Looking Forward in 2014 and Beyond*, 25(6) J. ASSOC. OF NURSES AIDS CARE, 476-482 (2014), https://doi.org/10.1016/j.jana.2014.05.002.

[20]   Health Resources & Services Administration, *Ryan White HIV/AIDS Program Annual Client-Level Data Report 2018* (Dec. 2019), https://hab.hrsa.gov/sites/default/files/hab/data/datareports/RWHAP-annual-client-level-data-report-2018.pdf.

non-medical services to PLWHA. According to a survey conducted by HRSA in 2014, grant funds were used for insured patients to cover services not covered by insurance, including counseling about medication adherence and risk management, medical and non-medical case management, medical transportation, oral healthcare, medical nutrition therapy, and diagnostic testing exceeding plan utilization limits.[21]

As eligible covered entities under the 340B program, many RWCs rely on savings from drugs prescribed to their patients as a source of funding. Clinics purchase drugs at the 340B-discounted rate and, for patients with prescription coverage, bill insurance payers, and use the savings from the program to provide additional services.[22]

Even if all Americans had health coverage, RWCs provide services that are not routinely covered for insured patients. In 2013, researchers surveyed HIV providers to identify concerns related to ACA implementation. Interviewers found most providers considered RWHAP case management services to be essential and not likely to be covered by Medicaid or private insurance. The provider participants identified non-medical case management services, such as housing and transportation assistance, and social services including treatment adherence

---

[21]  Matthews, T. *et al*.   *Understanding and Monitoring Funding Streams in Ryan White clinics: Survey Results*, https://ryanwhite.hrsa.gov/sites/default/files/ryanwhite/grants/funding-streams-presentation.pdf. (last visited Aug. 12, 2020).

[22]  340B Coalition, *About 240B,* https://340bcoalition.org/about/ (last visited Aug. 19, 2020).

counseling as essential to quality and continuity of care.[23]

A hypothetical analysis conducted by HRSA's HIV/AIDS Bureau and CDC's Division of HIV/AIDS Prevention used theoretical modeling to assess the impact of the absence of the RWHAP. In a hypothetical state with high prevalence of HIV, the absence of RWCs could result in an additional 172 HIV cases in 1 year, resulting in approximately $82 million in additional lifetime HIV care and treatment costs.[24]

If RWCs were to lose any sources of funding or experience a reduction in 340B savings, these providers may be compelled to eliminate other services in order to manage costs. Losing stable access to care, medications, and services could result in a heightened risk for severe illness in PLWHA. These clinical and non-clinical outcomes suggest that program clients could have negative clinical and non-clinical effects if funding for RWCs were reduced. Reduction in resources, including 340B program savings, could have long-term consequences for patients served through RWCs, including disruptions in care and treatment, adverse health outcomes, or increased healthcare expenses. In addition to the effects on clinics and patients, state and local governments could also see detrimental financial effects. The lifetime

---

[23] Sood, *et al*., *HIV Care Providers Emphasize the Importance of the Ryan White Program for Access to and Quality of Care*, 33(3) HEALTH AFF. 394-400 (2014), https://doi.org/10.1377/hlthaff.2013.1297.

[24] Klein, P.*et al*., *A mathematical model to estimate the state-specific impact of the Health Resources and Services Administration's Ryan White HIV/AIDS Program*, 15(6) PLoS ONE E0234652 (2020), https://doi.org/10.1371/journal.pone.0234652.

treatment cost of an HIV infection is estimated to be approximately $380,000 and RWHAP clients are more likely than other PLWHA to be virally suppressed.[25]  A snapshot of recent RWHAP client-level data showed 87.1% of RWHAP clients are virally suppressed compared with 62.7% of all PLWHA, and over 80% of RWHAP clients are retained in care.  The services financed by 340B program savings enable PLWHA to become virally suppressed, leading to undetectable viral load thus eliminating the risk of transmission to others.  Without viral suppression, an increase in infections and healthcare costs would fall to other payer sources including Medicaid and uncompensated care, ultimately being borne by the taxpayer.

IV.     **Plaintiff-Relator's Overcharge Claims Must Be Heard in the Interest of Fighting the HIV Epidemic**

Manufacturers have only one responsibility under the 340B program, namely, to ensure they do not charge more than a statutory ceiling price for 340B drugs. Plaintiff-Relator claims in its lawsuit that four manufacturers—AbbVie, AstraZeneca, Novartis, and Sanofi—have circumvented this obligation by charging more than a penny for drugs when the statutory formula yields a ceiling price of less than a penny.  Penny price overcharges are the most serious type of 340B program violation because they deprive 340B providers, including RWCs, of almost the entire

---

[25]  Centers for Disease Control and Prevention, *HIV Cost-effectiveness* (May 2012), https://www.cdc.gov/hiv/programresources/guidance/costeffectiveness/index.html (last visited Aug. 19, 2020).

financial benefit of the 340B program. Such losses undermine their efforts in adequately meeting the health care needs of their patients and communities.

The adverse public health consequences of overcharging RWCs are especially problematic. Controlling the AIDS epidemic in this country requires testing and identifying individuals who carry the virus, treating them in accordance with accepted standards of care and making sure they adhere to their daily regimen of anti-retroviral medications so that they achieve viral suppression. Viral suppression reduces the risk of HIV-positive individuals transmitting HIV to HIV-negative individuals because the level of HIV in their blood is undetectable. Studies show that people living with HIV/AIDS are much more likely to achieve viral suppression when they receive their care from an RWC compared to a non-RWC provider.[26] RWCs' high rate of success is attributable to the savings and revenue they receive through the 340B program. Manufacturer overcharges deprive RWCs of such savings and revenue which, in turn, undermines their efforts to keep HIV-positive patients non-infectious.

It would be a setback for RWCs, and our country's fight against the AIDS

---

[26] *See, e.g.*, Health Resources & Services Administration, *Clients Served by the Ryan White HIV/AIDS Program 2021 – HIV Care Outcomes: Viral Suppression* (Feb. 2023),https://ryanwhite.hrsa.gov/sites/default/files/ryanwhite/data/hiv-care-outcomes-viral-suppression-2021.pdf; *id.*, Health Resources & Services Administration, *Ryan White HIV/AIDS Program Annual Client-Level Data Report 2021* (2021),https://ryanwhite.hrsa.gov/sites/default/files/ryanwhite/data/rwhap-annual-client-level-data-report-2021.pdf.

epidemic, if Plaintiff-Relator's complaint is dismissed on a procedural argument. We urge the Court to reverse District Court's dismissal and order it to address the merits of this case. The stakes are too high. Although Medicaid would directly benefit from the case, RWCs and their patients would indirectly benefit because they are highly dependent on the Medicaid program and need the Medicaid program to be fiscally strong. A favorable outcome of Plaintiff-Realtor's case would also provide a pathway for 340B providers to recoup overpayments for their non-Medicaid penny-priced drugs using the 340B program's administrative dispute resolution process. A recovery of this magnitude would provide greater resources for RWCs to continue and expand their successful fight against the AIDS epidemic. For these reasons, it is imperative that this Court allow Plaintiff-Relator to have "its day in court."

## CONCLUSION

For the above reasons, RWC-340B respectfully submits this amicus brief in support of Plaintiff-Relator and urges this Court to reconsider the District Court's Order Granting Motion to Dismiss entered on March 18, 2024 (ECF No. 151).

Dated: July 26, 2024                    Respectfully submitted,

                                        /s/ Ian J. Barlow
                                        Ian J. Barlow (State Bar No. 262213)
                                        KERSHAW TALLEY BARLOW PC
                                        401 Watt Ave., Ste. 1
                                        Sacramento, CA 95864
                                        Tel: 916-779-7000

Fax: 916-244-4829
Email: ian@ktblegal.com

*Attorneys for Amicus Curiae Ryan
White Clinics for 340B Access*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 8. Certificate of Compliance for Briefs

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form08instructions.pdf

### 9th Cir. Case Number 24-2180

I am the attorney or self-represented party.

**This brief contains 4,574 words,** including 4,574 words manually counted

in any visual images, and excluding the items exempted by FRAP 32(f). The brief's

type size and typeface comply with FRAP 32(a)(5) and (6).

I certify that this brief *(select only one)*:

[ ] complies with the word limit of Cir. R. 32-1.

[ ] is a **cross-appeal** brief and complies with the word limit of Cir. R. 28.1-1.

[**X**] is an **amicus** brief and complies with the word limit of FRAP 29(a)(5), Cir. R. 29-2(c)(2), or Cir. R. 29-2(c)(3).

[ ] is for a **death penalty** case and complies with the word limit of Cir. R. 32-4.

[ ] complies with the longer length limit permitted by Cir. R. 32-2(b) because *(select only one)*:
    [ ] it is a joint brief submitted by separately represented parties.
    [ ] a party or parties are filing a single brief in response to multiple briefs.
    [ ] a party or parties are filing a single brief in response to a longer joint brief.

[ ] complies with the length limit designated by court order dated _____.

[ ] is accompanied by a motion to file a longer brief pursuant to Cir. R. 32-2(a).

**Signature** __/s/ Ian J. Barlow_____ **Date** July 26, 2024_____
    *(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov

**Form 8**          *Rev. 12/01/22*

17

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2024, I electronically filed the foregoing brief with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the ACMS system. Participants in the case are registered ACMS users, and service will be accomplished by the ACMS system.

/s/ Ian J. Barlow
Ian J. Barlow
*Attorneys for Amicus Curae Ryan*
*White Clinics for 340B Access*