# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel*. ADVENTIS HEALTH SYSTEM/WEST,<br><br>            Plaintiff-Appellant,<br><br>  v.<br><br>ABBVIE INC., *et al*.<br><br>            Defendants-Appellees. | No.: 24-2180<br><br>**MOTION TO WITHDRAW AS AMICUS CURIAE COUNSEL** |

TO THE HONORABLE JUDGES OF THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT AND TO ALL PARTIES TO THE ACTION:

William Trunk of Hogan Lovells US LLP, formerly of Kramer Levin Naftalis & Frankel LLP, hereby moves this Honorable Court to allow him to withdraw as Amicus Curiae counsel of record for Pharmaceutical Research and Manufacturers of America.

                          Respectfully Submitted,

                          */s/ William Trunk*
                          William Trunk
                          HOGAN LOVELLS US LLP
                          555 13th Street NW
                          Columbia Square
                          Washington, DC 20004
                          Tel.: 202-637-5600
                          Fax : 202-637-5910
                          William.trunk@hoganlovells.com

## CERTIFICATE OF SERVICE

      I, William Trunk, hereby certify that the foregoing Withdrawal of Appearance was served via the Court's CM/ECF electronic filing system on all parties registered and authorized to receive such notice, this 11th day of April, 2025.

                                                */s/ William Trunk*
                                                William Trunk